IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant._____/ | No. C 13-5251 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on November 12, 2013, to the Honorable Judge Jacqueline Scott Corley to consider whether this case is related to Alexander v. United States, 13-00678 JSC. In both cases, Plaintiff has alleged claims against Defendant for wrongdoing by the Federal Bureau of Investigation ("FBI") and many other parties over the last 55 years. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

　　　**IT IS SO ORDERED.**

Dated: November 20, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANN MARIE ALEXANDER,

        Plaintiff,

  v.

THE UNITED STATES et al,

        Defendant.
                                       /

Case Number: CV13-05251 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ann Marie Alexander
P.O. Box 102
Alameda, CA 94501

Dated: November 22, 2013

                                      Richard W. Wieking, Clerk
                                      By: Lisa R Clark, Deputy Clerk