IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. C -13-05251(EDL)<br><br>**ORDER REGARDING WITHDRAWAL OF CASE** |

On January 22, 2014, Plaintiff filed a "Formal Withdraw of C13-5251" in which she states that she "would like to formally withdraw said lawsuit C13-5251." (Dk. 26.) The Court construes pro se Plaintiff's withdrawal request as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). Because Defendant has not served an answer or a motion for summary judgment, Plaintiff's notice operates to dismiss this case, and the Court directs the Clerk to terminate it.

**IT IS SO ORDERED.**

Dated: January 23, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge